**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| VANESSA REID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CV-2009 CAS |
| ) | |
| USF HOLLAND, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER OF REMAND**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this matter is **REMANDED** to the Circuit Court for the

City of St. Louis, Missouri, from which it was removed, for lack of subject matter jurisdiction. 28

U.S.C. § 1447(c).

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  4th  day of January, 2006.